*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**JOAN WHITE**                                                           **JUDGMENT IN A CIVIL CASE**

**v.**

**AIG LIFE INSURANCE COMPANY**                **CASE NO: 09-2410-A**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **Stipulation Of Dismissal Without Prejudice entered on October 30, 2009, this cause is hereby dismissed without prejudice.**

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 11/3/2009**                                              **THOMAS M. GOULD**
                                                                  **Clerk of Court**

                                                                       **s/Terry L. Haley**
                                                                  **(By)  Deputy Clerk**